**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JULIO CESAR POMBOZA PINTO**,<br><br>***Petitioner***,<br>**v.**<br><br>**MARY DE ANDA-YBARRA,**<br>*Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement*;<br>**WARDEN OF ERO EL PASO CAMP EAST MONTANA,**<br>**TODD M. LYONS,**<br>*in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security*;<br>**KRISTI NOEM,**<br>*in her official capacity as Secretary, U.S. Department of Homeland Security*; **and**<br>**PAMELA JO BONDI,**<br>*in her official capacity as Attorney General of the United States*,<br><br>***Respondents***. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00195-DCG** |

**ORDER FOR PETITIONER TO SHOW CAUSE**
**WHY THE COURT SHOULD NOT DISMISS THIS CASE AS MOOT**

On January 28, 2026, Petitioner Julio Cesar Pomboza Pinto filed a Petition for Writ of Habeas Corpus seeking (among other things) his release from immigration detention.[1] On April 6, 2026, however, Respondents notified the Court that Petitioner "was granted voluntary

[1] *See, e.g.*, Pet., ECF No. 1, at 28–29.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

departure on February 20, 2026" and was "removed from the United States on March 5, 2026."[2] Respondents thus maintain that the Petition "should be dismissed or denied as moot."[3]

The Court therefore **ORDERS** Petitioner to **SHOW CAUSE** by **April 14, 2026** why the Court should not dismiss the Petition as moot.

**So ORDERED and SIGNED this 7th day of April 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[2] *See* Resp. at 1.

[3] *See id.* at 2.