**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JULIO CESAR POMBOZA PINTO**, §<br><br>*Petitioner*, §<br>**v.** §<br><br>**MARY DE ANDA-YBARRA,** §<br>*Field Office Director of Enforcement and* §<br>*Removal Operations, El Paso Field Office,* §<br>*Immigration and Customs Enforcement*; §<br>**WARDEN OF ERO EL PASO CAMP** §<br>**EAST MONTANA,** §<br>**TODD M. LYONS,** §<br>*in his official capacity as Acting Director,* §<br>*Immigration and Customs Enforcement, U.S.* §<br>*Department of Homeland Security*; §<br>**KRISTI NOEM,** §<br>*in her official capacity as Secretary, U.S.* §<br>*Department of Homeland Security*; **and** §<br>**PAMELA JO BONDI,** §<br>*in her official capacity as Attorney General* §<br>*of the United States*, §<br><br>*Respondents*. § | | **EP-26-CV-00195-DCG** |

## ORDER DISMISSING PETITION WITHOUT PREJUDICE

Pursuant to the parties' "Stipulation for Dismissal" (ECF No. 7), the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

Each party shall bear its own costs and attorney's fees.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 13th day of April 2026.**


_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**